■ In the Matter of TIMOTHY H. and Others, Children Alleged to be Neglected. SOPHIE H., Respondent; KEVIN H., Appellant; COMMISSIONER OF ADMINISTRATION FOR CHILDREN'S SERVICES FOR THE CITY OF NEW YORK, Respondent. [730 NYS2d 853] —Appeals from orders, Family Court, New York County (Gloria Sosa-Lintner, J.), entered on or about May 12, 2000 and July 27, 2000, unanimously dismissed, without costs, as moot. No opinion. Order filed. The decision and order of this Court entered herein on June 21, 2001 (284 AD2d 235) is hereby recalled and vacated. Concur—Rosenberger, J. P., Williams, Tom, Andrias and Marlow, JJ.